*Oakland Circuit Court.*

## THE PEOPLE

### vs.

## CHARLES QUICK.

*Drawing of Jurors—Challenge to the Array.*

When only one of two officers named by statute as the ones whose duty
it is to make up lists of jurors from towns or wards, acts in that
capacity, the panel will be quashed.

Respondent challenged the array of the panel for
the February Term, 1884.

The Prosecuting Attorney demurred.

Respondent joined in the demurrer.

The facts alleged in the motion were found by exam-
ination of the files in the Clerk's office to be true.

The Respondent claimed that his constitutional rights
were infringed where but one of two town or ward
officers charged by law with the duty of making up
jury lists, acted in that capacity.

### CHALLENGE TO THE ARRAY.

And now at this day, to wit, on the twelfth day of
February, A.D., 1884, come as well the said people as
the said defendant, by their respective attorneys; and
twelve jurors of the regular panel being summoned also
come; and thereupon the said defendant, by Thos. J.
Davis and A. R. Tripp, his attorneys, does challenge
the array of the panel for the following reasons:

1st. Because the said jurors on said panel and for this term of court were irregularly and illegally selected and drawn from packages containing jury slips or ballots on which were the names of persons upon the jury lists that had been returned for the year 1883, from the townships and wards comprising the supervisor districts of Oakland County, among which were the townships of Addison, Avon, Brandon, Farmington, Milford, Pontiac, Springfield, Troy, and White Lake, whose jury lists contained no proper certificate that the persons named therein were chosen and returned to serve as jurors in the manner provided by law.

2nd. Because the jurors on said panel and for this term of court were drawn from packages containing jury slips or ballots on which were the names of the persons upon the jury lists that had been returned for the year 1883 from the townships and wards comprising the supervisor districts of Oakland County, among which were the townships of Addison, Highland, Independence, Lyon, Oakland, Orion, Springfield, and White Lake, whose jury lists for said year were irregularly and illegally made out and signed by less than a majority of the officers designated by the statute for making out and signing the same, in this, that the lists from the townships of Addison, Orion, and Springfield were made out and signed by their respective supervisors alone, and from the townships of Highland, Independence, Lyon, Oakland, and White Lake, said lists were made out and signed by the respective township clerks only.

3rd. Because the jury list returned from the 1st ward of Pontiac City for the year 1883 was made out and signed by the supervisors and Herbert Heitsch one of the two aldermen of said ward, and the name of said alderman so assisting in making out and so signing said list was placed thereon as one of the persons chosen and returned to serve as petit jurors from said ward, and that said Heitsch was regularly drawn and summoned to serve as juror for this term of court and is now in attendance upon the court as one of the regular panel of jurors.

And this he is ready to verify. Wherefore he prays judgment and that the panel aforesaid be quashed.

A. R. Tripp and Thos. J. Davis,

Attorneys for Defendant.

Dated, February 12th, 1884.

The Court, Stickney, J.: Held, that the selection of the jurors was illegal, and quashed the panel.

*S. W. Smith*, Prosecuting Attorney, for the people.

*Thos. J. Davis* and *A. R. Tripp* for defendant.